**GREENVILLE** (city) et v **P U, C**

Ohio Supreme Court

No. 23030.  Decided Nov 25, 1931

For full opinion see 124 Oh St 431 (Oh Bar 1-19-32).

**LYONS** et v **CHAPMAN**

Ohio Appeals, 5th Dist, Tuscarawas Co

Decided May 4, 1931

For full opinion see 178 NE 24; 40 Oh Ap 1 (Oh Bar 12-22-31).